JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN P. RIZER,<br><br>                Plaintiff,<br><br>  vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a California Corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut Corporation; and, Does 1 to 100, Inclusive,<br><br>                Defendants. | **CASE NO.**<br>**CV 12-07465 GW(FFMX)**<br><br>**ORDER GRANTING DISMISSAL OF EACH DEFENDNAT AND ENTIRE ACTION WITH PREJUDICE**<br><br>**Complaint filed:  July 28, 2012 (Ventura County Superior Court Case No. Los Angeles County Superior Court Case No. 56-2012-00420979-CU-BC-VTA)** |

Pursuant to the Joint Stipulation for Dismissal of Each Defendant and Entire Action With Prejudice by and between Plaintiff Steven P. Rizer and Defendants Mutual of Omaha Insurance Company and Aetna Life Insurance Company, the Court orders each Defendant and the entire action dismissed with prejudice, each party to bear their own costs and attorneys fees

IT IS SO ORDERED.

Dated: July 29, 2013

_____
HON. GEORG H. WU, U.S. District Judge

- 1 -
ORDER GRANTING DISMISSAL OF EACH DEFENDANT AND ENTIRE ACTION WITH PREJUDICE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA  90071

AETNA/1082116/14021243v.1